Michael Kroner
6130 Rain Bird Ct
North Las Vegas, NV 89031
702-416-8446
axe12t@gmail.com

Debtor appearing without an attorney

United States Bankruptcy Court
Central District of Nevada

In re: Michael Alan Kroner

Case NO: 26-12731-mkn
Chapter 7

Debtor's Motion to Extend
time to file case opening
documents (with supporting
declaration [FRBP 1007(c), LBR 1007-15)

The debtor requests an extention of time under FRBP 1007(c)
and LBR 1007-1(b) to File the following:
time to file case opening documents per FRBP 1007c,
LBR 1007-1b

Date of Bankruptcy case filed: 4/30/2026
Date of meeting of the creditors: 6/5/2026  11:00Am
Debtor requests extension to and including (extension deadline: 6/30/2026

Michael Kroner
M.U. K
5/14/2026